UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CURTIS D. CRUZ,                          )
                                         )
                Plaintiff,               )
                                         )        NO. CV-07-3020-CI
        v.                               )
                                         )
MICHAEL J. ASTRUE,                       )        **JUDGMENT IN A**
Commissioner of Social Security,         )          **CIVIL CASE**
                                         )
                Defendant.               )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is **REMANDED** to the Commissioner for additional proceeding, pursuant to sentence four of 42 USC § 405(g).  Defendant's Motion for Summary Judgment dismissal is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 19th day of March, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk